LYLANE SUM, Appellant, v TISHMAN SPEYER PROPERTIES, INC., et al., Respondents.

Submitted February 23, 2009; decided March 26, 2009

Motion by Service Employees International Union, Local 32BJ for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

SUPERIOR ICE RINK, INC., Respondent, v NESCON CONTRACTING CORP., Doing Business as A1 DISCOUNT PAINTING, et al., Defendants, and MERCHANTS MUTUAL MARINE INSURANCE COMPANY, Appellant.

Submitted January 26, 2009; decided March 26, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

WALLKILL MEDICAL DEVELOPMENT, LLC, et al., Appellants, v SWEET CONSTRUCTORS, LLC, Respondent.

Submitted January 20, 2009; decided March 26, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.